## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY WILLIAMS,<br><br>Defendant. | Case No. 2:14-cr-00334-RFB-VCF<br><br>MINUTES OF THE COURT<br><br>DATED: December 8, 2014 |

THE HONORABLE **RICHARD F. BOULWARE, II.** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK  BLANCA LENZI            COURT REPORTER  PATTY GANCI

COUNSEL FOR PLAINTIFF(S)    ALEXANDRA MICHAEL, AUSA; CRISTINA SILVA, AUSA

COUNSEL FOR DEFENDANT(S)   RAQUEL LAZO, AFPD; NISHA BROOKS-WHITTINGTON, AFPD

MINUTES OF PROCEEDINGS: **EVIDENTIARY HEARING**


The Court convened at 11:10 a.m.

The defendant is present in custody.  The Court makes preliminary statements and hears representations of counsel regarding the [21] MOTION to Preclude Use of Undisclosed Rule 16 Material and [22] MOTION to Suppress Evidence for Fourth Amendment Violation.

The Court ruled that the [21] MOTION to Preclude Use of Undisclosed Rule 16 Material is DENIED without prejudice. Defense counsel is directed to file a Motion to Exclude Rule 16 Evidence
produced after the discovery deadline and identify what prejudice the defendant would suffer as a result.  This motion is due by 12/09/2014.  Government counsel is advised that she will have an opportunity to respond orally at the calendar call.

Ms. Lazo requested that the Court invoke the exclusionary rule as to potential witnesses in the courtroom.  The Court granted the request regarding Ms. Tiara Lewis.

**OFFICER ALVIN HUBBARD** is called to the stand, sworn and testified on direct examination by Ms. Michael. Ms. Brooks-Whittington conducted cross-examination of Mr. Hubbard.

Ms. Michael re-directs. Officer Alvin Hubbard is then excused.

**OFFICER THOMAS KELLER**, is called to the stand, sworn and testified on direct examination by Ms. Michael, cross examination by Ms. Lazo, Ms. Michael conducts re-direct examination and Ms. Lazo conducts re-cross-examination. Mr. Keller is excused.

**United States of America vs. Tony Williams**
**2:14-cr-00322-RFB-VCF**
**Evidentiary Hearing**
**Monday, December 8, 2014**                                                                                    **Page 2**

The government rests.

The Court is adjourned at 1:43 PM.

The Court reconvened at 3:11 PM.

Ms. Lewis is permitted to re-enter the Court.

**AL TOBIN, FPD INVESTIGATOR** is called to the stand, sworn and testified on direct examination by Ms. Lazo, cross examination by Ms. Lazo.  Mr. Tobin is excused.

The Court is recessed at 3:31 PM.

The Court reconvened at 4:00 PM.

The Court hears oral argument regarding the motion to suppress and testimony heard by the Court at the evidentiary hearing.

The Court takes the matter under submission with a ruling to be issued no later than Wednesday, December 10, 2014.

The Court canvasses the parties regarding the length of trial and is advised that the trial would be two days in length.

**IT IS HEREBY ORDERED** the calendar call remains set for Tuesday, December 9, 2014 at 1:30 PM.

The Court adjourned at 4:32 PM.

                                                                                            **LANCE S. WILSON, CLERK**
                                                                                            **U.S. DISTRICT COURT**

                                                                                                        /s/
                                                                                            BY: _____
                                                                                                Blanca Lenzi, Deputy Clerk