RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Tony Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TONY WILLIAMS,<br><br>        Defendant. | Case No. 2:14-cr-334-RFB-VCF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

      Comes now the defendant, Tony Williams, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an order to modify his conditions of pretrial release. This motion is supported by the following Memorandum of Points and Authorities.

      DATED this 28 of September, 2015.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                          By:  */s/Raquel Lazo*
                                      RAQUEL LAZO
                                      Assistant Federal Public Defender
                                      Attorney for Tony Williams

## MEMORANDUM OF POINTS AND AUTHORITIES

1.	On June 9, 2015, the defendant admitted to having violating his conditions of pretrial release. This court released defendant from detention and modified his preexisting conditions. Defendant was placed on home incarceration at the halfway house with GPS monitoring. See Minutes (#81).

2.	The defendant seeks to remove the Location Monitoring Condition of GPS monitoring and Home Incarceration. He has been fully compliant since he last appeared in court.

3.	Pretrial Services Officer Barlow has no opposition. She does not believe that the location monitoring or the lock-down restriction is necessary. However, for now, she continues to recommend continued placement at the halfway house is still necessary.

4.	The government has no opposition.

DATED this 28th day of September, 2015.

                           RENE L. VALLADARES
                           Federal Public Defender

                           */s/ Raquel Lazo*
By:_____
                           RAQUEL LAZO,
                           Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TONY WILLIAMS,<br><br>　　　　Defendant. | Case No. 2:14-cr-334-RFB-VCF<br><br>**PROPOSED ORDER** |

　　IT IS HEREBY ORDERED that Defendant Tony Williams, have his Location Monitoring removed and Home Incarceration lifted.

　　DATED this 28th day of September, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 28, 2015, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**. by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA M. MICHAEL
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

                                        */s/ Karen Meyer*
                                        Employee of the Federal Public Defender

4