RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Tony Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TONY WILLIAMS,<br><br>　　　　　　Defendant. | Case No. 2:14-cr-334-RFB-VCF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

　　　　Comes now the defendant, Tony Williams, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an order to modify his conditions of pretrial release. This motion is supported by the following Memorandum of Points and Authorities.

　　　　DATED this 29 of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　By:　*/s/Raquel Lazo*
　　　　　　　　　　　　　　　　　　　　　　RAQUEL LAZO
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　Attorney for Tony Williams

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On September 29, 2015, this Court granted Defendant's Motion to Modify (#82) See Order (#83). However, pretrial services just notified defense counsel that in the event location monitoring is removed it would like an employment condition added.

2. Accordingly, the parties respectfully request that an employment condition be added.

3. Neither the government nor pretrial services has an opposition.

DATED this 29th day of September, 2015.

         RENE L. VALLADARES
         Federal Public Defender

         */s/ Raquel Lazo*
      By:_____
         RAQUEL LAZO,
         Assistant Federal Public Defender

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-334-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| TONY WILLIAMS, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant Tony Williams, have an employment condition added of :

The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.

DATED this  2nd  day of November, 2015.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 29, 2015, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**. by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA M. MICHAEL
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

                                                */s/ Karen Meyer*
                                                Employee of the Federal Public Defender

4