STEVEN W. MYHRE
Acting United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Alexandra.M.Michael@usdoj.gov

*Plaintiff's Attorney for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TONY WILLIAMS, <br><br> Defendant. | 2:14-cr-00334-RFB-VCF <br><br> STIPULATION TO CONTINUE DEADLINE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT (Doc #109) <br><br> (Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Esq., counsel for Defendant TONY WILLIAMS, that the deadline for Government's Response to Defendant's Motion to Dismiss Indictment, currently set for October 2, 2017, be vacated and continued for no sooner than thirty (30) days.

This stipulation is entered for the following reasons:

1. The government needs additional time to review Defendant's Motion to Dismiss Indictment and file a response.

2. The parties are currently discussing negotiations regarding a non-trial disposition that would obviate the need to litigate said motion.

3. Defense counsel needs additional time to present and discuss the potential plea offer with her client.

4. The parties agree to the continuance.

5. The defendant is currently in custody and agrees to the continuance.

6. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i),and 3161(h)(7)(B)(iv).

9. This is the sixth request for a continuance filed herein.

_/s/_____
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

_/s/_____
RAQUEL LAZO
Counsel for Defendant TONY WILLIAMS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY WILLIAMS,

    Defendant.

2:14-cr-00334-RFB-VCF

ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT (Doc #109)

(Sixth Request)

## **FINDING OF FACTS**

This stipulation is entered for the following reasons:

1. The government needs additional time to review Defendant's Motion to Dismiss Indictment and file a response.

2. The parties are currently discussing negotiations regarding a non-trial disposition that would obviate the need to litigate said motion.

3. Defense counsel needs additional time to present and discuss the potential plea offer with her client.

4. The parties agree to the continuance.

5. The defendant is currently in custody and agrees to the continuance.

6. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

8. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,

United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i),and 3161(h)(7)(B)(iv).

9. This is the sixth request for a continuance filed herein.

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Motion to Dismiss Indictment, currently scheduled for October 2, 2017, be vacated and continued to a date not earlier than thirty (30) days to November 3, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: October 17, 2017.