STEVEN W. MYHRE
Acting United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Alexandra.M.Michael@usdoj.gov

*Plaintiff's Attorney for United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY WILLIAMS,<br><br>Defendant. | 2:14-cr-00334-RFB-VCF<br><br>STIPULATION TO CONTINUE DEADLINE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT (ECF No. 109)<br><br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Esq., counsel for Defendant TONY WILLIAMS, that the deadline for Government's Response to Defendant's Motion to Dismiss Indictment, currently set for January 2, 2018, be vacated and continued for no sooner than thirty (30) days.

This stipulation is entered for the following reasons:

1.  Given the allegations set forth in Defendant's Motion to Dismiss the Indictment the government needs additional time to investigate, research and file a response.

2. The parties agree to the continuance.

3. The defendant is currently in custody and agrees to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i),and 3161(h)(7)(B)(iv).

7. This is the eighth request for a continuance filed herein.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
RAQUEL LAZO
Counsel for Defendant TONY WILLIAMS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY WILLIAMS,<br><br>    Defendant. | 2:14-cr-00334-RFB-VCF<br><br>ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT (ECF No. 109)<br><br>(Eighth Request) |

## **FINDING OF FACTS**

This stipulation is entered for the following reasons:

1. Given the allegations set forth in Defendant's Motion to Dismiss the Indictment the government needs additional time to investigate, research and file a response.

2. The parties agree to the continuance.

3. The defendant is currently in custody and agrees to the continuance.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the deadline.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i),and 3161(h)(7)(B)(iv).

7. This is the eighth request for a continuance filed herein.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Motion to Dismiss Indictment, currently scheduled for January 2, 2018, be vacated and continued to _____February 9_____, 2018.

DATED: January 10, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge