# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00334-RFB-VCF |
| Plaintiff, | ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER |
| v. | |
| TONY WILLIAMS, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Tony Williams. On November 1, 2019, this court held a hearing for status conference hearing.

The Court agreed to modify Mr. Williams's conditions of supervision to include his residence in the residential re-entry center during the pendency of this case; all of the previously ordered conditions to remain in effect with the following additions and modifications:

1. Reside at Residential Re-entry Center - You will reside at and participate in the program of a residential re-entry center for up to 120 days upon availability of bed-space.

2. Subsistence is waived.

IT IS SO ORDERED this 1st day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE